Ironrite Corporation *v.* Pittsburgh Reflector Co. et al., Appellants.

Argued November 15, 1973. *Gary H. McQuone,* with him *Ruffin, Hazlett, Perry and Lonergan,* for appellants; *Lloyd F. Engle, Jr.,* with him *Kuhn, Engle, Blair and Stein,* for appellee.

Order affirmed.

SPAULDING, J., absent.